## IN THE UNITED STATES DISTRICT COURT
## FOR THE District of Columbia
## Washington DC DIVISION

LOKESH VUYYURU, M.D.,                    )
                                         )
v.                                       )  Civil Action No.
                                         )
Y.S. Jagan Mohan Reddy                   )
and                                      )        Case: 1:22–cv–01453 JURY DEMAND
Narendra Damodar Modi                    )        Assigned To : Kelly, Timothy J.
And                                      )        Assign. Date : 5/24/2022
Gowtham Adani                            )        Description: Pro Se Gen. Civ. (F–DECK)
and                                      )
Klaus Schwab                             )
and                                      )
Mr. Dwivedi,                             )
In his official capacity acting          )
CEO, AP Election Commission              )
and                                      )
Mr. Sunil Arora                          )
In official capacity as acting           )
Election Commissioner of India,          )
and                                      )
K. Vijay Sai Reddy,                      )
and                                      )
Sajjala Ramakrishna Reddy                )
And                                      )
Mr. Lavasa                               )
In official capacity as acting           )
Deputy Election Commissioner             )
of India                                 )
And                                      )
Mr. Rajat Kumar,                         )
in his official capacity as              )
CEO of Telangana Elections -             )
commission                               )
and                                      )
JOHN DOE DEFENDANTS 1 TO 5               )

# RICO case defendant's addresses

1. YS Jagan reddy

Building #1

First floor

AP secretariat,

Velagapudi, Andhra Pradesh

India

2. Narendra Modi,
   7, Lok Kalyan Mark,
   New Delhi 110011
   India

3. Gowtham Adani
   Adani Corporate House
   Shantigram, Near Vaishnodevi
   Circle, SG Highway,
   Ahemdabad – 382421
   Gujarat, India

4. Klaus Schwab
   82131, Gauting, Bayern,
   Germany

5. Sajjala Rama Krishna reddy
   Building #1
   First floor
   AP secretariat,
   Velagapudi, Andhra Pradesh
   India

6. Vijay Sai reddy
   Building #1

First floor
AP secretariat,
Velagapudi, Andhra Pradesh
India

7. Dwivedi, IAS
AP secretariat,
Velagapudi, AP state
India

8. Rajit Kumar, IAS
Megha Engineering company,
Hyderabad, Telangana
India

9. Sunil Aurora,
Election commission of India
New Delhi 111011
India

10. Lavasa,
Election commission of India,
New Delhi 111011
India

**FIRST COMPLAINT**

## Basis and Foundation

"*Fighting global corruption is part of the fabric of the Department of Justice.*"

"*Criminal conspiracies that extend beyond our borders are not beyond our reach,*" *said U.S. Attorney Fardon. "We will use all of the tools and resources available to us to ensure the integrity of global business transactions that involve U.S. commerce.*" When dept of Justice didn't act victims like Plaintiff brought this action.

COMES NOW your plaintiffs, DR. LOKESH VUYURRU, M.D., files this RICO Complaint against YS Jagan Mohan Reddy(Jagan reddy's criminal syndicate), both Personally as well as Chief Minister of AP state, India, Narendra Damodar Modi(Narendra Modi's Criminal syndicate) both personally as well as Prime Minister of India, Gowtham Adani(Modi's Criminal Syndicate) both personally and as chairman of Adani companies of India, Klaus Schwab(co-conspirator with Modi's and Jagan reddy's criminal syndicate) both personally and as an Executive Chairman of World Economic Forum, Sajjala Rama Krishna Reddy(Jagan reddy's criminal syndicate) a de facto chief minister of Andhra Pradesh, India, Mr. Dwivedi(Modi's criminal syndicate), In his official capacity as acted CEO, AP Election Commission, Mr. Sunil Arora(Modi's

2

criminal syndicate), In official capacity as acted Election Commissioner of India, K. Vijay Sai Reddy(jagan reddy's criminal syndicate) both personally as well as brokered the deals and distributing of bribes to various Politicians and officials in Delhi, Mr. Lavasa(Modi's criminal syndicate), In his official capacity as Deputy Election Commissioner of India, Mr. Rajat Kumar(Modi's criminal syndicate), in his official capacity as CEO of Telangana Elections Commission and JOHN DOE DEFENDANTS 1 TO 5(Modi's criminal syndicate) and in support thereof, states as follows:

## JURISDICTION AND VENUE

1.    This court has subject matter jurisdiction over certain claims herein pursuant to 18 U.S.C. § 1964, 28 U.S.C. § 1331 because they arise under the laws of the United States, and over other claims herein pursuant to supplemental and Diversity jurisdiction under 28 U.S.C. § 1367 and 28 U.S.C. § 1332.  This Court has personal jurisdiction over the Defendants pursuant to 18 U.S.C. §§ 1965(b) and (d).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and 18 U.S.C. § 1965.

## PARTIES

3.   Defendant Jagan reddy is the chief minister of Andhra Pradesh.YS Jagan Mohan Reddy created "Jagan reddy's criminal syndicate" along with Vijaya Sai reddy, Sajjala Ramakrishna reddy, both personally as well as abusing the powers of Chief Minister of AP state, India. Collectively calling these defendants as Jagan reddy's criminal syndicate.

4.   Defendant Narendra Damodar Modi is the Prime Minister of India. Narendra Modi, Defendant Gowtham Adani, Dwivedi, Sunil Aurora, and Lavasa collectively calling Narendra Modi's Criminal syndicate.

5.   Defendant Gowtham Adani is a business man of India and a close confidant to both Modi and Jagan reddy. Adani is part of Modi's Criminal Syndicate conduct business as both personally and as chairman of Adani companies of India.

6.   Defendant Prof. Klaus Schwab is the founder and Chairman of the World Economic forum. Dr. Schwab is the co-conspirator with Modi's and Jagan reddy's criminal syndicate acting both personally and as an Executive Chairman of World Economic Forum.

7.   Defendant Sajjala Ramakrishna Reddy is the de-facto chief minister of Andhra Pradesh, India. He committed every crime in the text book as part of Jagan reddy's criminal syndicate.

4

8.    Mr. Dwivedi was Election commissioner of AP state in 2019 elections. He committed crimes by adding fake votes of nearly 50 Lakh into AP state vote bank. He is part of Modi's criminal syndicate in hijacking Indian elections. He acted in his official capacity as acted CEO, AP Election Commission.

9.    Defendant Mr. Sunil Arora is the Chief Election commissioner during 2018 to 2019 Indian elections. He acted in official capacity as acted Election Commissioner of India to promote crimes during Indian elections from removal of votes to adding illegal votes and tempering of Electronic Voting Machines to hijack India's elections to favor Modi's criminal syndicate.

10.    Defendant K. Vijay Sai Reddy was sentenced to the jail for 16 months along with Jagan reddy in colluding with defendant jagan reddy. He is the main person in brokering the deals and distribution of bribes to various Politicians and officials in Delhi to help and run jagan reddy's criminal syndicate both personally as professionally.

11.    Defendant Mr. Lavasa is the deputy election commissioner of India during 2018 to 2019 elections. In his official capacity as Deputy Election of India he acted along with defendant Sunil Aurora various crimes in removal of votes and adding votes along with electronic voting machines tampering calling the EVM machines further on to hijack India's elections for Modi's criminal syndicate.

5

12.   Defendant Mr. Rajat Kumar was the chief Election commissioner of Telangana State. Defendant acted along with defendant Sunil Aurora various crimes in removal of votes and adding votes along with electronic voting machines tampering in his official capacity as CEO of Telangana Elections Commission to help Modi's criminal syndicate.

13.   Defendants JOHN DOE 1 TO 5 are participants of most horrific crimes committed in US to facilitate using their power in US government. These defendants got bribes and favors in return from Modi's criminal syndicate.

## SUMMARY STATEMENT OF FACTS COMMON TO ALL COUNTS

14.   DR. LOKESH VUYURRU is a renowned specialist in Gastroenterology, Philanthropist, publisher, Business man and social activist in India.  Dr. Vuyyuru was board certified with the American Board of Internal Medicine and Gastroenterology. Dr. Vuyyuru has practiced under fellowships with the National Institute of Health at VCU.  DR. VUYURRU has received numerous awards including two Glaxo Smith Kline impact awards for his work in the field of gastroenterology.  Dr. Vuyyuru has also invented surgical instruments and procedures in his field. Dr. Vuyyuru received numerous awards from NAACP. Dr. Lokesh

Vuyyuru is also a consultant in the field of Health care and
management. Dr. Vuyyuru had a thriving and lucrative medical
practice in India, including Founder of Asian Hospitals.

15.  Virginia Times, Inc. is a News Paper established by
Dr. Vuyyuru in June 2004 and became an Editor as well as Editor
for the Magazine "Dolus." Dr. Vuyyuru is also a publisher of
social media platform and editor for "Bharata Desam mainly
serves on Indian Platform." Virginia Times newspaper and Dolus
Magazine serving India and USA. Dr. Vuyyuru's newspaper and
Dolus Magazine published both hard copies as well digitally a
series of articles from 2005 to 2022 alleging and reporting on
various frauds both related to national and international issues
focused on Indian Government.

16.  In India established "eSolvers and Dharma Health
Corporation (Dharma Health Care Services) established an office
in India in 2004 to 2020 and a hospital and a clinic from 2014
to 2019 for various IT (information Technology), Medical
research projects and Patient care centers in Hyderabad. From
2004 to the present Dr. Vuyyuru's social Platform "Bharata
Desam" personally conducting investigative journalism the
"corruption in the government of India and Andhra Pradesh from
2004 to the present." Dr. Vuyyuru personally presented in
various Television Channels and published large number of
stories in various newspapers and social media." Dr. Vuyyuru

come across the various corruption practices and evil abuses of Rajasekhar reddy, Sonia Gandhi's cronies, Narendra Modi, Gowtham Adani, Jagan Mohan reddy and his cronies from 2004 to the Present."

17.  Defendant Jagan Mohan reddy is the son of "Fugitive Rajasekhara reddy' was not captured by the FBI and died in 2010 in a Helicopter crash in India. Defendant Jagan reddy is a known criminal under various crimes and fraudulent activities arrested by the Central Bureau of Investigation (CBI) in May, 2012 and placed him in the state prison for 16 months released from Prison September, 2013. Jagan reddy is on Bail since 24th September, 2013 and facing Total of 31 cases from various criminal cases, corruption cases and multiple other cases. Rajasekhar reddy and his father Raja reddy are known factionists and killers for political gain and money created the reign of terror with fear in common man all over the state of Andhra Pradesh with thousands of murders over span of 25 years.

18.  Raja reddy the grandfather of the defendant Jagan reddy from Pulivendula of Kadapa district, AP state of southern India killed numerous innocent people for money called them supari deaths. Ultimately this criminal Raja reddy got killed by one of the victim's family members.

19.  Rajasekhar reddy is defendant's father is a notorious murderer and highly corrupt criminal in merciless killings of

innocent people by creating riots in the city of Hyderabad in India. In this particular religious riot various estimates, a whopping 210 innocent men, women and children got murdered and gang raped women sleeping in the houses.

20.   " Defendant Jagan reddy's father Rajasekhara reddy got indictment in the case 13 CR 515 in the Northern US District court of Illinois, Chicago under foreign corrupt practices act.

21.   Defendant Jagan reddy is one of the ultimate benefactors from Rajasekhara reddy's corruption including some of the alleged $10.5 million dollars bribe in the case of 13 CR 515 in the US court.

22.   Defendant Jagan reddy and fugitive Rajasekhara reddy's corruption tentacles extended into the United States from 2004 to 2010 under Quid pro quo with favors in India and payments in various countries from USA to a total of 23 countries under Defendant "Jagan reddy's aliases names bank accounts, investments in all these 23 countries." The victim is United states treasury and commerce with these Jagan reddy's corrupt criminal practices.

23.   Defendant Jagan reddy amassed Billions and Billions of dollars and other currencies without lifting a finger just in five years from 2004 to 2010 through rampant corruption deals, hawala money transactions in various countries, smuggling gold from Dubai to India.

24.   Defendant Jagan reddy established criminal network with international gangsters like "Dawood Ibrahim" and Bangladesh Mujahedeen with an operation center in Dubai for moving various currencies.

25.   Defendant jagan reddy like his father Rajasekhara reddy and Grandfather Raja reddy went on killer spree in the state of Andhra Pradesh including kidnappings and raping women.

26.   In 2014 Defendant Jagan reddy catching the eye of the other defendant "Narendra Modi the Prime Minister of India" and got recruited into the Modi's gang in 2017. This is the turning point in India's crime syndicate and looting by Modi's cronies.

27.   To loot India Modi's perfect partner in crime is Jagan reddy to be placed as chief minister of Andhra Pradesh. Modi's RSS operatives into the action to Tamper EVM machines in May, 2019 elections and hijacked India's democracy.

28.   Narendra Modi Government's Pegasus & Chrysaor Spyware systems are in full usage implemented by Jagan reddy through "TV Sashidar reddy an Intelligence OSD of AP intelligence and advisor to Jagan reddy since 2019.

29.   "Pegasus & Chrysaor" in the hijacking Indian elections by Modi's RSS clandestine political wing to safeguard their looting of India's wealth, corruption & criminal activities."

10

30.   Narendra Modi's Indian Government got licenses with the "Pegasus cyber security systems from NSO belongs Israel's cyber security warfare division for a hefty price.

31.   Modi's government given these Pegasus & Chrysaor systems to the various states intelligence access where Muslim Terrorism & Radical Naxalism is prevalent and one state that received these Pegasus & Chrysaor is Telangana in 2014.

32.   "Pegasus of Modi's & jagan reddy's government spyware installed on devices running certain versions of iOS, Apple's mobile operating system, as well as some Android devices. Rather than being a specific exploit, Pegasus suite of exploited that uses many vulnerabilities in the system. Infection vectors include clicking links, the Photos app, the Apple Music app, and iMessage. Some of the exploits Pegasus uses are zero-click—that is, they can run without any interaction from the victim. Once installed, Pegasus has been reported to be able to run arbitrary code, extract contacts, call logs, messages, photos, web browsing history, settings, as well as gather information from apps including but not limited to communications apps.

33.   In 2020, Modi's & Jagan Reddy's Pegasus shifted towards zero-click exploits and network-based attacks and allowed to break into target phones without requiring user interaction and without leaving any detectable traces.

34.   TV Sashidar reddy in charge of "Telangana intelligence got access to these Pegasus & Chrysaor spyware to monitor the terrorists & Naxalites.

35.   TV Sashidar reddy in contact with criminal background Jagan reddy in 2014 disclosing the power of "most powerful spyware weapon Pegasus & Chrysaor systems.

36.   Colluded TV Sashidar reddy with the consent of Narendra Modi's political wing in 2014 started tapping every opponent of Jagan reddy deceptively in both Telugu states and news channels to family members.

37.   Plaintiff came to know about an internal memo from "CM camp office of KCR" about TV Sashidar Reddy's illegal criminal activities in Hyderabad.

38.   TV Sashidar reddy caused enormous harm to all the "Democratic Institutions of India including the judges of high courts & Supreme Court to benefit Jagan reddy facing various criminal charges."

39.   By 2017 Modi's RSS clandestine political wing joined hands with Jagan reddy's criminal enterprise members to

This deadly spyware "Pegasus & Chrysaor" in both Telugu states from "Political leaders and their family members, funding supporters, Publishers of Newspapers & TV channels, judges of High court & Supreme Court text messages,

WhatsApp phone calls, stealing the emails and private sharing data from the iPhones to android phones.

40. Modi's RSS clandestine political wing & Jagan reddy criminal enterprise joint "Pegasus & Chrysaor" literally destroyed no privacy to most of their political opponents in India.

41. The Pegasus & Chrysaor of Modi's RSS clandestine political wing & Jagan reddy's criminal enterprise brought down the most important democracy foundation "Judiciary through blackmail."

42. "Ranjan Gogoi's cellphone got tampered and scandal broke out his private life because of Pegasus & Chrysaor spyware." Gogoi was forced to rule the most important ruling "Rosetta stone of corruption in Indian democracy the EVM machines tampering with the special programming to hijack Indian Elections in 2019 for Modi's government & jagan reddy's landslide victory."

43. As soon as 23rd May, 2019 Hijacked Indian elections are Hijacked by Modi's RSS clandestine political wing the real hunting started on every "Opposition party in India make them to thimble and pieces through this Pegasus & Chrysaor spyware."

44. The Indian elections were hijacked with the help of Sunil Aurora the Election commissioner of India, Dwivedi the election commissioner of AP state and Rajit Kumar of Telangana

Election commissioner under the control of Modi's criminal syndicate.

45.   Through Pegasus & Chrysaor spyware cut the funding routes & their contacts not only India but also abroad people like Plaintiff subject to these phone tapings.

46.   American Defense companies lost billions of dollars contracts in India because "Rafael Fighter jets company of France paid bribes to Modi's criminal syndicate and it was under investigation from News papers to international organizations." The blackmailed supreme court chief justice forced to give clean chit to Modi's criminal syndicate no illegal bribes paid.

47.   The height of the criminal game "Narendra Modi's RSS clandestine political wing fully informed Jagan reddy's criminal empire and the danger of Vivekanand reddy. This results Jagan reddy criminal gang hacked Vivekanand reddy to bloody death with informed consent from Modi's RSS clandestine wing.

48.   "Modi the mastermind of "RSS clandestine political wing committed the abuse of Pegasus & Chrysaor spyware in bringing down the democratic institutions of India through blackmail, fraud, deceit, corruption, terror, EVM machines tampering, looting India's wealth and safeguarding criminal enterprise of Jagan reddy."

49.   Modi's and Jagan reddy's crime syndicate established just to loot Indian Government, AP state Government, Indian

Banks, Financial institutions, Narcotics particularly Heroin trade with Taliban's with payments in Indian rupees, Cannabis from AP state, adulterated Illegal Liquor black marketing, Illegal Grabbing lands from innocent people and Government Lands.

50.  Modi and Jagan reddy's crime syndicate caused enormous harm in shutting down the "American business projects like Amaravati the Capital of Andhra Pradesh" results in losses of Billions of dollars.

51.  Plaintiff gave the "Templates of futuristic city Amaravati with the involvement of Architects, designers, technical Industrial Engineering firms, Energy entities of various US companies lost billions because refused to pay bribes to Modi's and Jagan reddy crime syndicate from 2019 to the present."

52.  Plaintiff office near the Capital Amaravati shut down in September, 2020 due to the Modi's and Jagan reddy's crime syndicate and results in Millions of Dollars loss personally and it is the ultimate loss to United States of America.

53.  Plaintiff helped India during COVID-19 pandemic from February 2020 to September 2021 on humanitarian basis. Due to this Modi's and Jagan reddy's syndicate poor and Middle-class people lost lives due to rampant corruption and looting of

Pandemic resources. The total deaths in India due to this crime syndicate is in staggering 4 to 5 million people.

54.  Defendant Jagan reddy's negligence and corruption comment was "it is ok some million people die, so what?"

55.  Defendant Jagan reddy refused to give vaccines because of demanding bribes from Vaccine companies and other agencies results in thousands of people died. This crime syndicate looted funds and "adulterated the bleach and created most unhygienic conditions in people's deaths."

56.  Importing Heroin directly from Taliban through Iran and cocaine from international drug mafia and locally grown Cannabis by Modi's and Jagan reddy's criminal syndicate and redistributing in the Indian schools and to African nations.

57.  The looted money, Narcotics drug money, Hawala money from Dawood Ibrahim getting invested in US markets, Europe and comeback as investments in Gowtham Adani's companies. Most of these illegal investments in Adani's companies are belong to Narendra Modi's and Jagan reddy's corrupt money drenched with Indians blood.

58.  Gowtham Adani became world's fifth richest man from rags to riches with this horrific, corrupt, looted, narcotics, adulterated liquor money from these crimes affecting US stock markets and affecting the international companies are getting acquired from this money.

16

59.   Modi's and Jagan reddy's criminal syndicate looting the Uranium from the mines of AP state turning into black market into the hands of most dangerous people like Iran and North Korea making world is going to be the most unsafe place despite "the economic sanctions by the US government on Iran and North Korea."

60.   The real richest man in the world is Modi competing with Putin. Modi is just implementing "Russia's Putin oligarch's criminal enterprise system in India and it is India's Oligarchic criminal society looting every resource of India and siphoned out off India." Indian economy may collapse soon under these criminal enterprises like Sri Lanka.

61.   Now Modi's and Jagan reddy's criminal syndicate focused to loot the world markets. That platform is world economic summit through "Klaus Schwab" at Davos.

62.   Davos and Klaus Schwab are going to help and access to convert this dirty money to gold for this Modi's and Jagan reddy's criminal syndicate.

63.   John Doe 1 to 5 were Individuals and Organizations in various powerful positions in America protected the Modi's and Jagan reddy's crime syndicate crimes, illegal activities in return received from bribes to favors in India.

17

**COUNT I**
**ABUSE OF PROCESS**

64.   Plaintiffs repeat and reallege the allegations contained in foregoing paragraphs as though fully set forth herein.

65.   Defendant Jagan reddy in 2003-04 has a Yearly income of mere $15,000 with assets of $50,000.

66.   Defendant Jagan reddy's assets and income shoot up to one of the richest men in India within five years as soon as his fugitive, criminal father assumed the office of AP state as Chief Minister from 2004 to 2010.

67.   Defendant Jagan reddy amassed foreign currencies deposited in 23 countries roughly about Rs.56,000 crores equaling to $720,000,000,000 in less than 5 years under the radar of Dept of Justice in post-9/11 era.

68.   Defendant Jagan reddy with another criminal Gali Janardhan reddy looted India's precious iron ore and illegally exported to China from 2004 to 2010 received roughly another $11.27 billion dollars and that money is also stashed all over the South east Asia.

69.   Defendant Jagan reddy assets and investments in India
on top of these foreign bank accounts exceeds another $10
billion dollars.

70.   Defendant Jagan reddy looted all this India's wealth
under the nose of another corrupt politician Sonia Gandhi
promised to share this loot.

71.   Corrupt Sonia Gandhi and her Congress party was in
charge of India from 2004 to 2014. After Fugitive, criminal
Rajasekhara reddy died in a helicopter crash the protection to
Defendant jagan reddy is gone results in intense CBI
investigation got arrested by Sonia Gandhi got upset for not
sharing this corrupt money by the defendant.

72.   Defendant Jagan reddy while in prison to get bail paid
Rs.43,000 crores some of the looted money to Sonia Gandhi's
sister and in return the Beneficiary is Robert Vadra the Son in
Law of Sonia Gandhi. After payment of this huge bribe defendant
got released from jail in September, 2013.

73.   Most of the illegal foreign bank holdings are in US
dollars and other currencies. To maintain these offshore bank
accounts are illegal and paid bribes to various individuals,
authorities, Banking officials in various countries, paid bribes
to US citizens to act as intermediaries. Like in the case US -
13 CR 515. USA vs. Dimitry Firtash. YS Rajasekhar reddy is a

fugitive and accused in the case one of the beneficiaries is defendant Jagan reddy.

74.   Jagan reddy is also one of the accused in a case in Ras Al Kaimahea of UAE in fraud, cheating, corruption and Jagan reddy is one of the defendants as of today the case is pending. In this case defendant jagan reddy paid bribes to stop the arrest warrants.

75.   Defendant Jagan reddy crimes and violation of laws of India the Prevention of Corruption Act, The Foreign Exchange Management Act, The Money Laundering Act, The Companies Act, The Reserve Bank of India Act, The Income Tax Act.

76.   CBI filled close to 17 cases in the above-mentioned violations and arrested him.

77.   Y.S. Jagan Mohan Reddy. The modus operand, as alleged

"public. properties, licenses, allotting/granting various projects, SEZs, mining leases; ports, real estate permissions. and other benefits to the persons of their choices violating established norms and procedures in the Government with a clear understanding of quid-pro-quo." The beneficiaries, in turn, have given bribes to Sri Y.S. Jagan Mohan Reddy under the guise of purchasing shares in different companies floated by him at huge and unsubstantiated premiums.

78.   The role Of Sri Y.S. Jagan Mohan Reddy in the process was to exercise influence· with his father and other public

servants and to see that the benefits were conferred on ·. the chosen persons and in the process received illegal gratifications amounting to thousands of Crores of rupees.

79.   Since May 2004, Sri Y.S. Jagan Mohan Reddy started floating number of companies including M/s. Jagati Publications Pvt. Ltd, etc. Such companies, it is alleged· were floated. with the sole objective of laundering the Ill-gotten wealth obtained by misusing the office of his father and the blessings of Sonia Gandhi.

80.   Defendant jagan reddy floated many shell suite case companies like this quid pro quo the bribes money floated like water in "Billions of rupees in India and Dollars all around the world in violation of Foreign Corrupt practices of America."


81.   Defendants Modi's team and Rastriya Swayam Sevak operatives are the ones involved in the EVM machines tampering of India's elections met secretly with Sunil Aurora and Lavasa to hijack Indian Elections from 2018 to 2019 are very critical to grab power illegally.

82.   Defendants Modi, ECI officials Aurora, Lavasa, Rajit Kumar, Dwivedi as election commissioners and RSS operatives knew well it is violation of Indian constitution and Election laws to do EVM machines tampering and hijacking Indian democracy for both personal benefit and to BJP party.

83.   Defendant Modi's cronies and other RSS operatives'
motives are to win elections through EVM machines tampering and
place criminal politicians in high offices to loot India
particularly to benefit "Modi's cronies like defendants Gowtham
Adani and ultimately the beneficiary id "Narendra Modi and his
Crime syndicate."

84.   Plaintiff studied, researched and observed the entire
mechanism of "EVM machines fraud and hijacking Indian elections
by Modi's RSS operatives and placing criminals like Jagan reddy
in high offices.

85.   Plaintiff communicated with defendants "Modi, Aurora,
Lavasa, Rajit Kumar and Dwivedi both through e-mails, Phone
conversations, through Twitter and faxes to their respective
offices.

86.   Plaintiff blew the Whistle on the Defendants
corruption, Fraud, looting of India and blatant violations of
Constitution of not only India but US and the laws of other
countries all over the world. Plaintiff went on TV channels gave
live Interviews and gave interviews to various newspapers on
Multiple occasions on these crimes of all the defendants in this
case from 2018 to the present.

87.   Defendant jagan reddy got elected in the elections of
23rd May, 2019 and became the chief minister of Andhra Pradesh

with the direct efforts of Modi's criminal syndicate by EVM machines tampering and Modi became the Prime Minister of India.

88.  Defendant Jagan reddy's corruption foundations are "Christian charities deposit the money in various countries of Jagan reddy's Benamies bank accounts and Jagan reddy generates equaling money through corruption in AP state to convert Hindus to Christians through bribing." Defendant Jagan reddy created a safe heaven of offshore bank accounts without a trace. The more the" Hindus are converted to Christians more money deposited in these offshore Bank accounts." Defendant Jagan reddy created a parallel Government through "Quid Pro Quo." This is a major financial scam and corruption the world has ever seen.

89.  Modi committed more crimes, financial scams by looting India's wealth and routed the corruption money to America through a scheme called "Liberalized Remittance scheme (LRS)."

90.  Modi with the help of powerful officials and Politicians made "America is a safe heaven for the "looted and corruption money from India." So far Modi's criminal syndicate sent to USA roughly more than $250 billion dollars in less than 10 years.

91.  Modi's criminal syndicate through hawala also sent billions of dollars to USA in less than 10 years.

92.  Basically, Modi's corruption money in USA running a parallel economy by paying bribes to the Local politicians to a very higher up and making America a corrupt nation.

93.  Modi's criminal syndicate members corruption money created for the "Down fall of Bob McDonnell, then Governor of Virginia."

94.  Modi's criminal syndicate literally destroying the fabric of democracy in America let alone India.

95.  Modi's criminal syndicate through corruption didn't prevail American defense systems to have a fair market to supply the Needs of Indian Air force. Rafael fighter Jets by Dassault aviation systems paid bribes to Modi's syndicate and Lockheed Martin lost the bid. Lockheed Martin means America lost Billions of dollars in revenue due to corruption of Modi's criminal syndicate.

96.  Modi's slogan in today's India "you pay to play" as the most corrupt nation in the world but impacting the global economies of America and other nations from England to Singapore.

97.  Plaintiff brought the designs of the capital "Amaravati of AP state in June, 2014 to develop in Public Private Partnership."

98.  Modi came and did the foundation stone in 2015.

99.   Modi's criminal syndicate put into action one of the Jon Doe – 1 after receiving bribes from Modi's filled cases in Green Tribunals and started bad propaganda in a systematic organized propaganda to hurt the Capital Amravati to move forward after invested enormous amounts of money in Millions of Dollars and Hundreds of Thousands of dollars personally."

100. John Doe-I and his brother had similar corrupt practices in 2009 by selling political party to Congress party under Sonia Gandhi for thousands of Crores through Rajasekhara reddy as Brokered the deal.

101. This uneducated John Doe-I in 2019 to hijack the AP elections received thousands of crores from defendant Jagan reddy through a brokered deal by Modi's criminal syndicate. The monies were paid into the offshore accounts in "Russia and Singapore on his wife's and his mother-in-Law."

102. Uneducated John Doe-I played a key role in Harming Amaravati project despite lack of knowledge in Futuristic cities, economy, Democracy, human values and Governance.

103. Plaintiff's office shut down in September, 2020 after Jagan reddy took office in June, 2019. Jagan reddy directly shut down the "Amaravati Project." Plaintiff's IT office eSolvers and Dharma Health Corporation are dependent on the "Amaravati project."

104. "Amaravati is plaintiff's Brain child as Futuristic City Templates were given to the AP state Government."

105. Once Amaravati Capital is shut down by Modi's and Jagan reddy's criminal syndicate caused irrevocable harm happened to Plaintiff's business from these corrupt activities.

106. Defendant Klaus Schwab of World Economic forum have security screenings, background checks before inviting or partnering with the organization.

107.  Defendant Klaus Schwab gave access to World Economic Forum in contact with Global leaders and entrepreneurs to Defendant Jagan reddy despite have criminal, corrupt, released on bail with evil personality to invest his dirty laundered money all over the world.

108. Defendant Klaus Schwab gave access to defendant Jagan reddy after money changed hands in total disregard to the values and founding principals of World Economic Forum causing harm to World Economy and democratic institutions.

109. Defendant Gowtham Adani as part of Modi's criminal syndicate have multiple companies and Chairman of Adani Group and holding company of Modi's dirty corrupt money acts as Modi's benami.

110. Defendant Adani and Modi in official capacity to blackmail the blue-chip companies, Politicians, Government officials looted most of the Airports, Shipping ports, Highways,

Prime real estate, Energy companies, Mines and other manufacturing industries. Adani forcibly acquires these big companies for pennies to a dollar.

111. Modi's and Jagan reddy's criminal syndicates created a reign of terror on Media publishing if anyone publishing the crimes, corruption, destruction, failures by passing various Government orders. Innocent people, Media people were subject to prosecution and placed in jails. Simply a fascist rule is running from 2014 to today and got worse since May,2019.

112. In the RICO case statement having very elaborative details of Financials, Itemized details of the looting by "Modi's and Jagan reddy's Criminal syndicate."

## COUNT II
## STATUTORY BUSINESS CONSPIRACY

113. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 112, inclusive, as though fully set forth herein.

114. Upon information and belief, the defendants, by virtue of the conduct described herein, procured the participation, cooperation, agreement, or other assistance of one or more persons to enter into combination, association, agreement, and/or mutual understanding for the purpose of willfully and

maliciously injuring plaintiff in their reputation, trade business, or profession.

115. Defendant Modi promised and pledged in April, 2014 going to build a great Capital for Andhra People. After Modi became the Prime Minister in May, 2014 Plaintiff personally spent money and gave the Futuristic city Amaravati designs given to AP Government on 21st June, 2014. Modi personally promised going to fund the project for "Amaravati the capital for Andhra Pradesh state." Defendant Modi personally came laid the foundation stone on 22nd October, 2015 for Amaravati.

116. After plaintiff gave the "designs of futuristic city templates to AP government, the 29,000 Farmers sacrificed 34,000 acres of Land to the Amaravati Capital as an important development and hope for the state of Andhra. This is a historic phenomenon of Farmers sacrifice to help the AP state.

117. Defendant Modi gave $80 million out of $20 billion dollars as initial seed money and refused to give a penny with an intention to harm the project.

118. Then Modi's criminal syndicate in 2016 met with Defendants Jagan reddy, John Doe-I to start the harm to Amaravati project. Both defendants Jagan reddy and John Doe-I are uneducated with poor ethics and no scruples swung into action to destroy the project by fabricating false cases in the

28

courts, publishing nonsense book on Amaravati.  Defendant Jagan
reddy to harm the project started violence in the Villages of
Amaravati to stall the project.

119. Defendant Jagan reddy met with other defendants Vijay
Sai reddy, Sajjala Ramakrishna reddy and his criminal followers
gave instructions to resort to violence and destruction on daily
basis to stop the progression of the Capital Amaravati.

120. Defendants Jagan reddy's, Modi's and John Doe-I's
criminal syndicates caused enormous harm to the US citizens like
me investments in that "Amaravati region are in Billions of
Dollars."

121. Plaintiff moved to India in 2014 and living in
Amaravati region lost Income and investment in Millions of
Dollars.

122. These defendants Modi's, Jagan reddy's and John
    Doe-I's criminal enterprises caused enormous harm to AP
    state and investors like Plaintiff. The harm is
    irreversible.

123. Plaintiff's other business entities "eSolvers, Inc and
Dharma Health Corporation (Dharma Health Care services) offices
permanently shut down in September, 2020 due to rampant
corruption of Defendants Modi and Jagan reddy.

124. Plaintiff personally pleaded and sent faxes, Tweets, phone calls and emails to Modi and Jagan reddy regarding the harm to US investments and harm to the lives of the public and results are futile with no communication.

125. Plaintiff runs free health care clinics and virtual care during COVID-19 Pandemic and helped thousands of patients.

126. Defendant Jagan reddy as his government in power "instead of helping sick and dying patients instructed his officials it is OK for 10 Lakhs (Million people) to die.

127. Plaintiff contacted Modi through his Prime Minister's office personally and warned him the corruption, destruction, EVM machines tampering, suppression of Press, looting India's wealth including banks reserves, transferring billions of dollars of government assets to the other defendants Adani in turn benefits Modi' criminal enterprises.

128. Due to Defendant's Modi's criminal enterprise actions killed 5 million Innocent and poor Indians in just 2021 alone despite warnings from Plaintiff in writing.

129. Instead of Saving Indians lives by Modi's criminal syndicate "building walls on highways and on roads to hide the poor not to be visible during Trump's visit in February, 2020 to India." This is the glaring example why Modi's criminal

syndicate expedited in the deaths of 5 million poor Indians in 2021.

130. Criminal syndicate of jagan reddy deprived the poor by shutting down raw materials from 2019 to today provide the work needed to laborers, poor construction employees to survive and industries were shut down and terrorized to leave the AP state.

This created a hunger cries the AP state has never seen since "artificial Bengal famine created in 1930's during British rule with hundreds of deaths.

131. Under Modi's criminal syndicate support artificial hunger in the poor, laborers, industrial workers were artificially created by Jagan reddy's criminal syndicate to convert from Hinduism to Christianity. The only way the poor, laborers, industrial workers to get rations to survive if they convert to Christianity. This results in mass exodus to religious conversions to Christianity by Modi's and jagan reddy's criminal syndicate. John Doe-I's criminal syndicate received huge bribes in crores of rupees and monthly payments deployed the Paytm (notorious false propaganda social teams) played their support role in concurrence with Modi's and Jagan reddy's criminal syndicates.

132. This massive conversions into Christianity in numbers presented to the Christian charities to deposit in millions of

dollars into defendant Jagan reddy's coffers. This is a major "Quid pro Quo" crime in the human history. This loot is split and shared with Modi's criminal syndicate as investments into Defendant Adani's companies.

133. All these three Modi's, Jagan reddy's, and John Doe-I criminal syndicates collective reign of terror caused the destruction and progression of the Amaravati the futuristic capital of AP state and results in huge financial losses to US citizens like Plaintiff and many others US citizens. This is a will full, gross negligence and acts of crime to make the investors, Citizens of America, farmers and other honorable citizens lost in Billions and Billions of dollars and unfathomable scale of destruction by these Modi's, Jagan reddy's and John Doe-1 Criminal syndicates in modern history of human civilization.

134. First Modi's criminal syndicate (Sunil Aurora, Lavasa, Dwivedi, Rajit Kumar and RSS operatives) stopped the funding to the capital Amaravati and in turn paid the bribes to uneducated John Doe-I to incite opposition, agitation, false propaganda despite through his criminal syndicate Paytm batch and turn around used the Modi's RRS operatives to tamper the EVM machines to bring the corrupt politicians into power the John Doe-II in the state of Telangana and AP state in 2018(by conducting early

elections) and 2019 respectively to cause the destruction of the Capital "Amaravati the futuristic city.

135. With all these destructive Modi's, Jagan reddy's, John doe-I's and John Doe-II's criminal enterprises played a role in ultimate destruction of not only the capital Amaravati, AP state and American investors including the Plaintiff. Plaintiff informed about these criminal activities, corruption and destruction details to the American embassies in Hyderabad, New Delhi and Chennai through Twitter, emails and personally in meetings with embassy officials in 2018 and 2019.

136. Modi's Prime ministers' office were contacted through their website, Twitter, TV channels, Newspapers and press conferences in person From New Delhi to Amaravati through zoom calls, telephonic interviews and in social media about these enormous harm to American investments in 2017, 2018, 2019, 2020, 2021 and 2022. Modi's criminal syndicate encouraged Jagan reddy's, John Doe-I and John Doe-II criminal syndicates to increase more attacks on American investors to leave India to grab their assets for pennies on dollars in both states of AP state and Telangana.

137. Due to these four criminal syndicate's enormous harm results in close to 200 precious farmers deaths who sacrificed their lands for betterment of the society and India's progress.

This kind of self-destruction and killing their own citizens by these criminal syndicates is a shame to human civilization in modern history.

138. John Doe-III a powerful American politician after received the bribes and favors backed up all these crimes by Modi's criminal syndicate's activities, looting India's wealth and bringing the corruption laden dirty money to America without any objections. US state department are very well known the plight of American citizens by these four Criminal syndicates results in enormous harm to American commerce and economy.

**COUNT III**
**RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO)**
**UNITED STATES CODE TITLE 18 SECTIONS § 1962(a), (b), (c), (d)**

139. Plaintiff Dr. Vuyyuru is a "person" within the meaning of 18 U.S.C. § 1961(3).

140. Modi's and RSS operatives criminal syndicate is an enterprise and the Modi's criminal syndicate defendants also constitute a group of individuals associated in fact as an enterprise.

141. Jagan reddy's criminal syndicate is an enterprise and the Jagan reddy's criminal syndicate defendants also constitute a group of individuals associated in fact as an enterprise. John Doe-I criminal syndicate also constitute a group of individuals

in fact as an enterprise. John Doe-II criminal syndicate also
constitute a group of individuals in fact as an enterprise.

142. Modi's office

143. The Modi's office staff with and aided and abetted the
Jagan reddy staff, defendants Vijay Sai reddy, Sajjala
Ramakrishna reddy and John Doe-II  in perpetrating at least two
acts of witness retaliation against Plaintiff and other US
citizens, including the harm and shutting down the offices in
Hyderabad and Amaravati, and the closure of Plaintiff's
hospital, as well as to the assault on Plaintiff's employees and
destruction of equipment to accomplish the shutdown of the
offices and Hospital, and thus became part of these enterprises.

144. There was a common purpose for all of the acts of
retaliation against the plaintiff by the Modi and Aurora,
Lavasa, Rajit Kumar and Dwivedi of ECI commission of India
defendants, Jagan reddy and John Doe-II. The common purpose of
these acts of retaliation against a witness was to silence a
whistleblower who was exposing the EVM machines tampering fraud
and other elections misconduct and greatest harm to Indian
democracy by these defendants.

145. Defendants Modi's PM office staff, RSS operatives EVM
machines tampering and the ECI commissioners knew of the
Elections and constitutional violations for the other defendants

Jagan reddy and John Doe II to grab the elections illegally was reported to the federal authorities, Election commission, PM office by the Plaintiff and their goal of retaliating against Plaintiff and substantially assisted them in achieving said objective by taking the acts constituting fraud on the Indian elections described above.

146. Defendants conspired in their goal of retaliating against the Virginia Times and Bharata Desam for publishing information, posting on social media exposing fraud and misconduct.

147. Furthermore, defendant Modi and RSS operatives knew at relevant times during the course as Prime Minister and his office was the subject of a Plaintiff's newspaper investigation and complaints to CBI and other entities like US state department.

148. While these ECI defendants, as well as the Jagan reddy's defendants (Vijay Sai reddy and Sajjala Ramakrishna reddy), John Doe-I and John Doe-II defendants participated in and are members of and part of the aforementioned enterprises, and together represent in their coordinated acts of retaliation a single super enterprise, they also have an existence separate and distinct from the enterprise.

149. Defendants Modi, Jagan reddy, Vijay Sai reddy, Sajjala Ramakrishna reddy, John Doe-I, John Doe-II and defendant John Doe-III and associated staff engaged in illegal conduct including, but not limited to

   a.   Elections fraud in EVM machines Tampering, rigging the Indian elections by bringing in Illegal Bangladeshi voters, bribing election officers.

   b.   Malpractice related to failure to follow standard protocol and procedures resulting in total failure of elections and democracy in India.

150. Some of the specific types of corruption and thuggery that defendants Modi, RSS operatives and the other defendants, Jagan reddy, John Doe-I, and John Doe-II engaged in include:

   c.   Fabrication of false claims on Amaravati Capital, illegal complaints, false propaganda by publishing spurious data, false propaganda by Paytm batches recruited on monthly salaries.

   d.   Performing solely to stop funding Amaravati and inciting violence in the capital city Amaravati for American investors and plaintiff to flee is benefit to defendants' assets not to depreciate in value Hyderabad.

e.  Misrepresenting the facts and false allegations by
    defendants caused decrease in progress at Capital city
    Amaravati.

f.  Falsifying allegations justify to commit fraud by
    Jagan reddy, Modi, John Doe-I and John Doe-II.

g.  Accepting kickbacks to spread the lies on Amaravati by
    John Doe-I.

151. From 2019 to even today, defendant Jagan reddy and his
staff and/advisors including Vijay Sai reddy, and Sajjala
Ramakrishna reddy and thousands of others with last name "reddy
advisors" engaged in the following specific acts constituting
fraud:

h.  Formation of an advisors in collecting bribes in
    performing any duties, licenses, payment of bills,
    jobs only to one caste "reddys." Government
    appointment in advisory boards more than 80% roughly
    thousands to one small caste consisting of 2.5% in 5
    crores population is outright fraud. These thousands
    of corrupt reddy caste brokers to collect bribes,
    cover up the crimes, pay bribes to investigative
    agencies, judges and manipulate the elections and
    every crime in the text book is happening since 2019
    till now. The local Andhra public synonym for "reddy

means criminal" this is the rampant merciless criminal system implemented by Jagan reddy.

i.  The purpose of this enterprise was to have these reddy caste people appointed to various government agencies and every Government corporation to loot, collect bribes, cheat, deceive and harm including killings of Dalits, raping women, refused to pay genuine contractor bills, payments to hospitals provided the services to the public. These thousands of criminal appointees exclusively in this group in exchange for payments to perform any services (i.e., kickbacks) and ultimately to deposit these bribes and corruption money into the coffers of the defendant Jagan reddy.

j.  That said defendants and individuals are engaged in such activity from 2019 to even as of today.

152. From 2014 to 2022 even today, Plaintiff, upon information and belief and based on direct knowledge, found that Modi engaged in a pattern of Fraudulent activities including, but not limited to:

k.  Liberalized Remittance Scheme (LRS) to carry and take for each visit a total of $250,000 dollars per each member visiting United states 26th May, 2015 as soon as get elected created by Modi. The purpose is to send all the corruption money from his state Gujarat

siphoned to US to run a parallel Government in USA. This parallel Modi's fraudulent Indian money created a parallel economy building motels, hotels, shopping malls, liquor stores, grocery stores, strip malls, bribes to US politicians to benefit exclusively Gujarati business men to wield unbelievable power in US government.

l.  Defendant Modi announced on 8th November 2016 the Demonetization of Rs 500 and Rs 1000 notes announced results in disaster to Indian economy. The purpose to stop the black money but Modi's criminal syndicate have other plans by looting the unaccounted black money and sent through LRS scheme to America turning into White money with the help of big wigs in American political system with other "Quid pro Quo" agreements.

m.  Narendra Modi's Indian Government got licenses with the "Pegasus cyber security systems of NSO belongs Israel's cyber security warfare.

n.  Modi's government acquired and given the cyber spying Pegasus & Chrysaor systems to the various Indian states intelligence access where Terrorism & Radical Naxalism is prevalent and one state that received these Pegasus & Chrysaor is Telangana in 2014.

o. "Pegasus of Modi's & jagan reddy's government spyware installed on devices running certain versions of iOS, Apple's mobile operating system, as well as some Android devices. Rather than being a specific exploit, Pegasus suite of exploited that uses many vulnerabilities in the system. Infection vectors include clicking links, the Photos app, the Apple Music app, and iMessage. Some of the exploits Pegasus uses are zero-click—that is, they can run without any interaction from the victim. Once installed, Pegasus has been reported to be able to run arbitrary code, extract contacts, call logs, messages, photos, web browsing history, settings, as well as gather information from apps including but not limited to communications apps.

p. In 2020, Modi's & Jagan Reddy's Pegasus shifted towards zero-click exploits and network-based attacks and allowed to break into target phones without requiring user interaction and without leaving any detectable traces.

q. In 2014 Jagan reddy criminal syndicate member TV Sashidar reddy in charge of "Telangana intelligence got access to these Pegasus & Chrysaor spyware to monitor the terrorists & Naxalites."

41

r. TV Sashidar reddy in contact with criminal background Jagan reddy in 2014 disclosing the power of "most powerful spyware weapon Pegasus & Chrysaor systems."

s. In 2014 TV Sashidar reddy of Jagan reddy criminal syndicate with the consent of Narendra Modi's political wing started tapping every opponent of Jagan reddy deceptively in both Telugu states and news channels to family members.

t. Plaintiff came to know about an internal memo from "CM camp office of KCR" about TV Sashidar Reddy's illegal criminal activities in Hyderabad in tapping many Jagan reddy's opponents and major newspaper channels cell phones including some of the judges.

u. TV Sashidar reddy caused enormous harm to all the "Democratic Institutions of India including the judges of high courts & Supreme Court to benefit Jagan reddy facing various criminal charges by CBI and released on bail."

v. By 2017 Modi's RSS clandestine political wing joined hands with Jagan Reddy's criminal enterprise members in this deadly spyware "Pegasus & Chrysaor" in both Telugu states from "Political leaders and their family members, funding supporters, Publishers of Newspapers & TV channels, judges of High court & Supreme Court

text messages, WhatsApp phone calls, stealing the emails and private sharing data from the iPhones to android phones.

w. Modi's RSS clandestine political wing & Jagan reddy criminal enterprise joint "Pegasus & Chrysaor" literally destroyed no privacy to most of their political opponents in India.

x. The Pegasus & Chrysaor of Modi's RSS clandestine political wing & Jagan reddy's criminal enterprise brought down the most important democracy foundation "Judiciary through blackmail." One such Jagan reddy's criminal syndicate victim results in death of Judge Prabhakar Rao in Hyderabad.

y. "Ranjan Gogoi's cellphone got tampered and scandal broke out his private life because of Pegasus & Chrysaor spyware." Gogoi was forced to rule the most important ruling "Rosetta stone of corruption in Indian democracy the EVM machines tampering with the special programming to hijack Indian Elections in 2019 for Modi's government & Jagan reddy's landslide victory."

z. As soon as 23rd May, 2019 Hijacked Indian elections are Hijacked by Modi's RSS clandestine political wing the real hunting started on every "Opposition party in

India make them to thimble and pieces through this
Pegasus & Chrysaor spyware."

aa.    Through Pegasus & Chrysaor spyware cut the
funding routes & their contacts not only India but
also US citizens like Plaintiff subject to these phone
tapings.

bb.    The height of the criminal game "Narendra Modi's
RSS clandestine political wing fully informed jagan
reddy's criminal empire and the danger of Vivekanand
reddy happened to be uncle of Jagan reddy. This
results Jagan reddy criminal syndicate hacked
Vivekanand reddy to bloody death with informed consent
from Modi's RSS clandestine wing.

cc.    "Modi the mastermind of "RSS clandestine
political wing committed various crimes using of
Pegasus & Chrysaor spyware in bringing down the
democratic institutions of India through blackmail,
fraud, deceit, corruption, terror, EVM machines
tampering, looting India's wealth and safeguarding
criminal enterprise of Jagan reddy, John Doe-I and
John Doe-II."

dd.  Jagan reddy's criminal syndicate member "TV Sashidhar
reddy eves dropping on High court judges of AP state
ruling on the corruption and hearings of Jagan reddy

44

and Modi's announcement of Three Capitals instead of Amaravati as Futuristic capital of AP state." The judges' conversations are leaked by the "Modi's, Jagan reddy's, John Doe-I's Paytm batches on social media to bring down the Judiciary system. This results in enormous harm by weakening democratic institutions like judiciary results in more looting by Modi's, Jagan reddy's, John Doe-I's and John Doe-II's criminal syndicates.

ee.  Modi's RSS operatives, criminal syndicate members like Kishan reddy, Jagan reddy's criminal syndicate members, Paytm batch, John doe-I criminal syndicate and Paytm batches, John Doe-II criminal syndicate threatening to the life of Plaintiff with retaliation for plaintiff reporting the crimes on news channels, Nes Papers and social media results in reported to the State dept of United states and to the white house in writing.

ff. On 24th September, 2021 Plaintiff protested in front of White House and try to do citizen arrest of Narendra Modi's for the crimes against humanity during the visit at White House. Plaintiff got permission from Park services and informed the secret service at White

House but unfortunately Modi escaped from White House under security to the airport.

153. Plaintiff observed a pattern of gross negligence by Modi's and Jagan reddy's criminal syndicate in the care of COVID-19 Patients.

154. The funding to take care of COVID-19 patients were abused and stollen instead of buying testing equipment, adulterated the bleaching powder with white powder in spreading infections, don't have Respirators, no ICU beds and no medications to save the lives of the patients on top of refused to buy and give Vaccinations to dying Indians and AP state citizens. The Modi's conspired with Jagan reddy in looting these life saving funds is an extraordinary crime. Plaintiff investigated these crimes and presented most of the national and local media. The acts of patient misconduct illustrated above are in addition to many such acts all of which constitute a pattern of conduct.

155. For the purpose of executing and/or attempting to execute the above described schemes to defraud or obtain money by means of false pretenses, representations or promises, these defendants and individuals and this money sent to US through various routes also in violation of 18 U.S.C. § 1341 and § 1343, placed in post offices and/or in authorized repositories matter and things to be sent or delivered by the Postal Service, caused

matter and things to be delivered by commercial interstate carrier, and received matter and things from the Postal Service or commercial interstate carriers, transmitted and received by wire, matter and things which include but are not limited to agreements and correspondence.

## PREDICATE ACTS

156. Section 1961(1) and (5) of RICO provides that "racketeering activity" includes any act indictable under 18 U.S.C. §§ 1512 and 1513 (retaliating against a federal witness). As set forth in this complaint, all defendants have and continue to engage in conduct violating each of these laws to effectuate their scheme.

157. In addition, in order to make their scheme effective, each of the defendants sought to and did aid and abet the others' in violating the above laws within the meaning of 18 U.S.C. §2.  As a result, their conduct is indictable under 18 U.S.C. §§ 1512 and 1513.

158. The numerous acts of retaliation specified above each constitute a predicate RICO violation of 18 U.S.C. §§ 1512 and 1513 and are incorporated herein.

## RICO VIOLATIONS
## § 1962(a)

159. Section 1962(a) of RICO provides that "it shall be
unlawful for any person who has received any income derived,
directly or indirectly, from a pattern of racketeering activity
... in which such person has participated as a principal within
the meaning of § 2, title 18, United States Code, to use or
invest, directly or indirectly, any part of such income, or the
proceeds of such income, in acquisition of any interest in, or
the establishment or operation of, any enterprise which is
engaged in, or the activities of which affect interstate or
foreign commerce."

160. As set forth above, Defendants receive income from
their participation as principals, aiders and abettors in an
extensive pattern of racketeering activity involving Foreign
corrupt Practices Act, laundering dirty corrupt money and they
perpetuate that fraud by witness retaliation as described
herein.

161. That income is reinvested in the enterprises for
personal profit and to finance future racketeering activity, and
the future operation of Modi's, Jagan reddy's, John Doe-I's and
John Doe-II's criminal syndicate and the business of defendant's
members and family.

### RICO VIOLATIONS
### § 1962(b)

162. Section 1962(b) of RICO provides that it "shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce."

127. Defendants violated section 1962(b) by using witness retaliation to gain and maintain control of their enterprises which otherwise would have been exposed and shutdown as a result of Plaintiff's whistleblowing and publishing the crimes, fraud, looting Government fund and sending these dirty monies to US.

128. Through the activities described above, defendants have affected interstate of foreign commerce.

## RICO VIOLATIONS
### § 1962(c)

129. Section 1962(c) of RICO provides that it "shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity ... "

130. Through the patterns of racketeering activities outlined above, the Defendants have also conducted and participated in the affairs of the enterprise including by

retaliating against Dr. Vuyyuru as a means of perpetuating their fraud schemes by preventing exposure.

## RICO VIOLATIONS
### § 1962(d)

131. Section 1962(d) of RICO makes it unlawful "for any person to conspire to violate any of the provisions of subsection (a), (b) or (c), of this section."

132. Defendants conspired to secure money via Foreign corrupt Practices and dirty laundering money through LRS scheme and fraud by retaliating against the plaintiff and depriving him shutting down his hospitals, IT companies and Health care outsource companies, investments in the development of Amaravati through the fraudulent scheme described above violates

18 U.S.C. § 1962(d), 18 U.S.C. § 1961(1) and (5).

133. Each of the Defendants agreed to participate, directly or indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity comprised of numerous acts of mail fraud and wire fraud and retaliation against a federal witness, and each defendant so participated in violation of 18 U.S.C. § 1962 (b), (c) and (d).

134. Each Defendant further agreed to use or invest, directly or indirectly, part of the income derived from their predicate acts of retaliation and mail fraud and wire fraud, which constituted a pattern of racketeering activity, in the

establishment, operation and expansion of the enterprise, and has done so in violation of 18 U.S.C. § 1962(a) and (d, 18 U.S.C. § 1961(1) and (5).

## INJURY

135. Plaintiff has been injured due to the loss of his business incurred in connection with the defendants' violations of United States law and cause by said violations.

136. Plaintiff's Dharma Health Corporation, eSolvers, Virginia Times, Bharata Desam, Amaravati the capital city and has been injured due to the loss of business incurred in connection with the defendants' violations of United States law and caused by said violations.

## JURY DEMAND

Plaintiffs assert their rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rules of Civil Procedure 38, a trial by jury of the claims asserted in this Complaint.

WHEREFORE, plaintiffs, respectfully pray that the Court:

a.   Enter judgment in their favor and against defendant for all legal and equitable relief available

b.   For damages resulting from defendant's violations of United States law.

c.   Prejudgment and post judgment interest.

d.    Order defendant to pay punitive damages in an amount to be determined at trial;

e.    Order defendant to pay his attorney's fees, costs, expenses, disbursements, and expert witness fees and

f.    Grant such other and further relief as the Court deems appropriate.


Respectfully submitted,

_____
LOKESH VUYYURU, MD
Pro se
2226 16th st NE
Washington, DC 20018
lvuyyuru@icloud.com
443 889 0101

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 24th day of May 2022 onwards a copy of the Plaintiff's RICO complaint going to be serviced on the defendants and sent via express mail and through email to each of the defendants.

_____
Lokesh Vuyyuru,
Pro se
2226 16th st NE
Washington, DC 20018
443 889 0101
lvuyyuru@icloud.com