## IN THE UNITED STATES DISTRICT COURT
## FOR THE District of Columbia
## Washington DC DIVISION

```
LOKESH VUYYURU, M.D.,                    )
                                         )
v.                                       )   CV.22-1453(TJK)
                                         )
Y.S. Jagan Mohan Reddy                   )
and                                      )
Narendra Damodar Modi                    )
And                                      )
Gowtham Adani                            )
and                                      )
Klaus Schwab                             )
and                                      )
Mr. Dwivedi,                             )
In his official capacity acting          )
CEO, AP Election Commission              )
and                                      )
Mr. Sunil Arora                          )
In official capacity as acting           )
Election Commissioner of India,          )
and                                      )
K. Vijay Sai Reddy,                      )
and                                      )
Sajjala Ramakrishna Reddy                )
And                                      )
Mr. Lavasa                               )
In official capacity as acting           )
Deputy Election Commissioner             )
of India                                 )
And                                      )
Mr. Rajat Kumar,                         )
in his official capacity as              )
CEO of Telangana Elections -             )
commission                               )
and                                      )
JOHN DOE DEFENDANTS 1 TO 5               )
```



RECEIVED
12/22/2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

### ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On 28th October 2022 the Court considered plaintiff Lokesh Vuyyuru's motion for **default judgment** against "Defendants YS Jagan reddy, Narendra Modi, Gowtham Adani, Klaus Schwab, Sajjala Ramakrishna reddy, Vijaya Sai reddy, Sunil Aurora, Ashok Lavasa, Gopala Krishna Dwivedi, Rajath Kumar."

The court clerk entered default on 12th October 2022. After considering the Court's file, proof of service, and the grounds for dismissal, the Court granting for default Judgement.

GRANTS the motion for **default judgment** and renders judgment as follows:

1. Defendant Jagan reddy to pay $5,000,000,000 for financial losses to Lokesh B Vuyyuru from 18th December 2019 to 28th October 2022

2. Defendant Narendra Damodar Modi to Pay $1,000,000,000 for financial losses to Lokesh B Vuyyuru from 7th February, to 28th October 2022 but claiming immunity through the state department and adhering to the Immunity clause as requested by the Executive Branch of United States of America. Withdrawing claims until Narendra Modi's term as Prime Minister of India until otherwise ordered by the honorable court.

3. Defendant Gowtham Adani to pay $1,000,000,000 for financial losses to Lokesh B Vuyyuru for Financial losses from 21st September to 28th October 2022

4. Defendant Vijay Sai reddy to pay $500,000,000 for financial losses to Lokesh B Vuyyuru for financial losses from 18th December 2022 to 28th October 2022

5. Defendant Sajjala Ramakrishna reddy to pay $1,000,000,000 for financial losses to Lokesh B Vuyyuru from 18th December to 28th October 2022

6. Defendant Klaus Schwab to pay $500,000,000 for financial losses to Lokesh B Vuyyuru from 21st May 2022 to 28th October 2022

7. Defendants Sunil Aurora to pay $500,000,000 for financial losses to Lokesh B Vuyyuru

from 11th December 2018 to 28th October 2022

8. Defendant Ashok Lavasa to pay $500,000,000 for financial losses to Lokesh B Vuyyuru from 11th December 2018 to 28th October 2022

9. Defendant Rajat Kumar to pay $500,000,000 for financial losses to Lokesh B Vuyyuru from 11th December 2018 to 28th October 2022

10. Defendant Gopalkrishna Dwivedi to pay $500,000,000 for financial losses to Lokesh B Vuyyuru from 23rd May 2019 to 23rd October 2022

SIGNED on _____, 2022.


_____
Hon. Timothy J. Kelly
U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUESTED:

*Lokes Vuyyuru*
_____
Lokesh B Vuyyuru
2226 16th st NE
Washington DC 20018
443 889 0101
lvuyyuru@icloud.com
12/22/2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd of December 2022 a copy of the Plaintiff's Default certification mailed via FedEx to all the Defendants.

Respectfully submitted,

*Lokes Vuyyuru*
_____

Lokesh B Vuyyuru
2226 16th st NE
Washington, DC 20018
443 889 0101
Email: lvuyyuru@icloud.com
Pro se